BLUTHENTHAL & BICKART, Inc., v. CROWLEY.

(Supreme Court, Appellate Division, First Department. June 3, 1910.)

DISCOVERY (§ 49*)—EXAMINATION BEFORE TRIAL—RIGHT—EXAMINATION OF FOREIGN CORPORATION.

A foreign corporation is not exempt from examination before trial, under Code Civ. Proc. § 870 et seq., relating to examination of parties before trial.

[Ed. Note.—For other cases, see Discovery, Cent. Dig. § 63; Dec. Dig. § 49.*]

Appeal from Special Term, New York County.

Action by Bluthenthal & Bickart, Incorporated, against William Crowley. From an order vacating an order for plaintiff's examination before trial, defendant appeals. Reversed, and motion to vacate denied.

See, also, 123 N. Y. Supp. 519.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and MILLER, JJ.

John G. Snyder, for appellant.
Frederick M. Czaki, for respondent.

MILLER, J. The plaintiff is a foreign corporation, organized under the laws of the state of Maryland. It moved to vacate the order for its examination before trial, and seeks to sustain the order appealed from on the sole ground that it is a foreign corporation. We have been unable to find any provision of the Code of Civil Procedure, and none

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

has been called to our attention, which grants a foreign corporation,. suing in the courts of this state, immunity from examination before trial, and we know of no reason why sections 870 et seq. of the Code of Civil Procedure are not as applicable to the case of a nonresident party as to that of a resident.

The order should be reversed, with $10 costs and disbursements, and the motion denied, without costs. All concur. .